# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:23-CV-80177-ROSENBERG/REINHART

FERNANDO J. LOPEZ and other
Similarly situated individuals,

    Plaintiffs,

v.

UMANA CONSTRUCTION LLC and
ERVIN UMANA,

    Defendants.
_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff, Fernando J. Lopez's, Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). DE 20. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 7th day of June, 2023.

                                          ROBIN L. ROSENBERG
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record